

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2015

No. 04-14-00414-CV

Whitney **Brewster**, in her capacity as Executive Director of the
Texas Department of Motor Vehicles,
Appellant

v.

Drew **ROICKI** and Richard Roicki as Successors in Interest to Pinnacle Motors,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06565
Honorable Richard Price, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

The panel has considered Appellant's motion for rehearing; the motion is DENIED. *See*
TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 2nd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court